Justin T. Walton, Esq.  (IN #29540-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Monica Katz-Lapides, Esq.(CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ANNABERTA ROCHA SUCHIL,<br>            Plaintiff,<br><br>     vs.<br><br>OCWEN LOAN SERVICING LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>            Defendants. | CASE NO. 2:12-cv-02961-GEB-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND [PROPOSED] ORDER** |

Plaintiff Annaberta Rocha Suchil ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | | |
| 2 | Date:  March 13, 2012 | */s/ Mark F. Anderson (as authorized on 3/13/13)* |
| 3 | | Mark F. Anderson, Esq. |
| | | Anderson, Ogilvie & Brewer, LLP |
| 4 | | 235 Montgomery Street, Suite 914 |
| | | San Francisco, CA  94104 |
| 5 | | Telephone:  415-651-1951 |
| 6 | | Fax:  415-956-3233 |
| | | E-Mail:  mark@aoblawyers.com |
| 7 | | |
| 8 | | *Counsel for Plaintiff, Annaberta Rocha Suchil* |

Date:   March 18, 2012        */s/ Justin T. Walton*
                              Justin T. Walton, Esq.  (IN #29540-49)
                                 (admitted *Pro Hac Vice*)
                              Schuckit & Associates, P.C.
                              4545 Northwestern Drive
                              Zionsville, IN  46077
                              Telephone:  317-363-2400
                              Fax:  317-363-2257
                              E-Mail:  jwalton@schuckitlaw.com

                              *Lead Counsel for Defendant, Trans Union, LLC*


                              Monica Katz-Lapides, Esq. (CSB #267231)
                              Tate & Associates
                              1321 8th Street, Suite 4
                              Berkeley, CA  94710
                              Telephone:  510-525-5100
                              Fax:  510-525-5130
                              E-Mail:  mkl@tateandassociates-law.com

                              *Local Counsel for Defendant, Trans Union, LLC*

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND [PROPOSED] ORDER – 2:12-CV-02961-GEB-DAD**

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Annaberta Rocha Suchil against Defendant Trans Union, LLC only are dismissed, with prejudice.  Plaintiff Annaberta Rocha Suchil and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**Date: 3/19/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY AND [PROPOSED] ORDER – 2:12-CV-02961-GEB-DAD**

Page 3 of 3